IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIFFANY SCHOMER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 20-790 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| WESTMORELAND COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 17, 2022, the Magistrate Judge issued a Report (Doc. 60) recommending that Defendant's Motion for Summary Judgment (Doc. 48) be granted as to the claim for punitive damages and be denied in all other respects. Service of the Report and Recommendation ("R&R") was made on the parties, and Defendant has filed Objections, (Doc. 63), to which Plaintiff has responded. (Doc. 66.)

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

Defendant's Motion for Summary Judgment (**Doc. 48**) is **GRANTED IN PART AND DENIED IN PART** and the R&R (**Doc. 60**) is adopted as the Opinion of the District Court.

**IT IS SO ORDERED**.

December 23, 2022

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):
All Counsel of Record